## 28357. SPANN v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.* DECIDED OCTOBER 25, 1973.

William Spann, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28083. THOMAS v. AULT.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.* DECIDED OCTOBER 25, 1973 — REHEARING DENIED NOVEMBER 8, 1973.

Curtis Thomas, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28370. HARDIN v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.* DECIDED NOVEMBER 8, 1973.

Steve C. Hardin, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28355. DARLING v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.* DECIDED NOVEMBER 9, 1973.

Woodrow Darling, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.